

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LKG
F. #2019R01646

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 21, 2020

<u>By E-mail</u>

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Yinghang Yang
                 <u>Criminal Docket No. 20-MJ-820</u>

Dear Judge Mann:

        The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                        Respectfully submitted,

                                        SETH D. DuCHARME
                                        Acting United States Attorney

                       By:        /s/
                                        Lindsay K. Gerdes
                                        Assistant U.S. Attorney
                                        (718) 254-6155

Enclosure

cc:    Clerk of Court (by ECF)
       Defense Counsel of Record, Esq. (by ECF)

LKG
F.# 2019R01646

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YINGHANG YANG,
    also known as "James Yang,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 20-MJ-820

    Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lindsay K. Gerdes, for an order unsealing the above-captioned matter in its entirety.

    WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         September 21, 2020

                        /s/ Roanne L. Mann
                        HONORABLE ROANNE L. MANN
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK